IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

ERICK SANGALANG,                                   §
                                                   §
                    *Plaintiff,*                   §        5:25-CV-00826-OLG-RBF
                                                   §
vs.                                                §
                                                   §
FRANK BISIGNANO, COMMISSIONER                      §
OF SSA;                                            §
                                                   §
                    *Defendant.*                   §
                                                   §
                                                   §

**REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

**To the Honorable United States District Judge Orlando L. Garcia:**

This Report and Recommendation concerns Defendant's Unopposed Motion for Entry of Judgment and Remand to the Commissioner. *See* Dkt. No. 13. This action was referred for a report and recommendation pursuant to 28 U.S.C. § 636(b), Rule 1(h) of Appendix C to the Local Rules and the docket management order entered on October 8, 2019, in the San Antonio Division of the Western District of Texas. This Court has jurisdiction to review a final decision of the Social Security Administration, *see* 42 U.S.C. § 405(g), and authority to enter this recommendation stems from 28 U.S.C. § 636(b)(1)(B). For the reasons set forth below, the Motion should be **GRANTED AS UNOPPOSED.**

Plaintiff filed her Complaint seeking review of an adverse decision by the Social Security Administration under Title II of the Social Security Act, 42 U.S.C. § 405 *et seq*. *See* Dkt. No. 1. Thereafter, the Government requested that the matter be remanded to the Commissioner, after which an ALJ will "reevaluate the medical opinion evidence; and offer the claimant the

opportunity for a hearing, take further action to complete the administrative record resolving the above issues, and issue a new decision." Dkt. No. 13 at 1. The Government avers that Plaintiff has been notified of the motion and has no objection, and that the Motion is unopposed. *Id*. at 2. The Motion is proper under 42 U.S.C. § 405(g), which provides that "[t]he Court shall have the power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing." The Motion was filed on March 13, 2026, and no timely response has been filed, which further indicates it is not opposed.

In any event, the Court finds the Motion well taken. It is therefore recommended that the Commissioner's decision be **REVERSED** and the matter **REMANDED** for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) for further consideration and administrative action, and that the Court should issue a separate final judgment.

### Conclusion and Recommendation

For the reasons discussed above, it is recommended that concerns Defendant's Unopposed Motion for Entry of Judgment and Remand to the Commissioner, Dkt. No. 13, be **GRANTED AS UNOPPOSED**.

It is further recommended that the Commissioner's decision be **REVERSED** and the matter **REMANDED** for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) for further consideration and administrative action; and, that the Court should issue a separate final judgment.

Having considered and acted upon all matters for which the above-entitled and numbered case was referred, it is **ORDERED** that the above-entitled and numbered case is **RETURNED** to the District Court for all purposes.

**Instructions for Service and Notice of Right to Object/Appeal**

The United States District Clerk shall serve a copy of this report and recommendation on all parties by either (1) electronic transmittal to all parties represented by attorneys registered as a "filing user" with the clerk of court, or (2) by mailing a copy by certified mail, return receipt requested, to those not registered. Written objections to this report and recommendation must be filed **within fourteen (14) days** after being served with a copy of same, unless this time period is modified by the district court. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). Objections, responses, and replies must comply with the same page limits as other filings, unless otherwise excused by the district court's standing orders. *See* Rule CV-7. The objecting party shall file the objections with the clerk of the court, and serve the objections on all other parties. A party filing objections must specifically identify those findings, conclusions, or recommendations to which objections are being made and the basis for such objections; the district court need not consider frivolous, conclusory, or general objections. A party's failure to file written objections to the proposed findings, conclusions, and recommendations contained in this report shall bar the party from a *de novo* determination by the district court. *Thomas v. Arn*, 474 U.S. 140, 149-52 (1985); *Acuña v. Brown & Root, Inc.,* 200 F.3d 335, 340 (5th Cir. 2000). Additionally, failure to timely file written objections to the proposed findings, conclusions, and recommendations contained in this report and recommendation shall bar the aggrieved party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1428-29 (5th Cir. 1996) (en banc).

**IT IS SO ORDERED**.

**SIGNED** this 1st day of April, 2026.

_____
**RICHARD B.  FARRER**
**UNITED STATES MAGISTRATE JUDGE**