**FILED**

April 21, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY:_____NM_____
DEPUTY

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

ERICK SANGALANG, §
§
Plaintiff, §
§
v. §
§ **NO. SA-25-CV-00826-OLG**
FRANK BISIGNANO, §
COMMISSIONER OF SOCIAL §
SECURITY, §
§
Defendant. §

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has considered United States Magistrate Judge Richard B. Farrer's Report and Recommendation (R&R), filed April 1, 2026, concerning Defendant's Unopposed Motion for Entry of Judgment and Remand to the Commissioner (Dkt. No. 13). (*See* R&R, Dkt. No. 14.)

Any party who desires to object to a Magistrate Judge's findings and recommendations must serve and file specific written objections within 14 days after being served with a copy of the findings and recommendations. FED. R. CIV. P. 72(b)(2). The parties, through counsel, were electronically served with a copy of the R&R on April 6, 2026, and the time to object has passed. No objections have been filed.

Because no party has objected to the Magistrate Judge's findings or recommendations, the Court reviews the R&R for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989); *cf.* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which an objection is made.") After such review, the Court finds that the R&R is neither clearly erroneous nor contrary to law.

The Court therefore **ADOPTS** the Magistrate Judge's R&R (Dkt. No. 14) and, for the reasons set forth therein, Defendant's Unopposed Motion for Entry of Judgment and Remand to the Commissioner (Dkt. No. 13) is **GRANTED**. Accordingly, the Commissioner's decision is **REVERSED** and the matter **REMANDED** for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

This case is **CLOSED**.

It is so **ORDERED**.

SIGNED on April _____, 2026.

ORLANDO L. GARCIA
United States District Judge